In the Matter of the Estate of ANDREW KRAMEK, Deceased. State Tax Commission, Appellant; ANNA KRAMEK, as Administratrix of the Estate of ANDREW KRAMEK, Deceased, Respondent.

Argued December 1, 1950; decided January 11, 1951.

*Mortimer M. Kassell* and *Francis Kelliher* for appellant.
*Gilbert J. Pedersen* and *Walter W. Howitt* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.